# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                               **DOCKET NO. 3:01cr86**

    **V.**                                                          **ORDER**

**RONALD LAZARUS HIGGS**

---

    **THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No.110 ) Motion to seal

    **IT IS ORDERED**, that Defendant's Motion (Doc. No.110 ) is **GRANTED.**

Signed: October 12, 2021

*Frank D. Whitney*
United States District Judge